

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Jeanette A. Haydel | Civil Action No. 03-1686 |
| versus | Judge Tucker L. Melançon |
| PFT Roberson, Inc. et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date, it is

ORDERED that defendant Protective Insurance Company's Motion for Summary Judgment [Rec. Doc. 103] is DENIED.

IT IS FURTHER ORDERED that a hearing will be conducted on Wednesday, August 15, 2007 at 2:30 P.M. to discuss the issues that remain in dispute between the parties.

Thus done and signed this 20th day of July, 2007 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge